

# NUMBER 13-24-00213-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FC APOLLO TOWING, LLC

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Chief Justice Contreras[1]**

On April 25, 2024, relator FC Apollo Towing, LLC filed a petition for writ of mandamus asserting that the trial court erred by: (1) granting motions for continuance; (2) denying a no-evidence motion for summary judgment; (3) failing to grant a motion to dismiss for lack of subject matter jurisdiction; and (4) failing or refusing to rule on a motion for judicial notice of adjudicative facts.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

Mandamus is an extraordinary and discretionary remedy. *See In re Walker*, 683 S.W.3d 400, 402 (Tex. 2024) (orig. proceeding) (per curiam); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy by appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am*., 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). However, if a trial court issues an order "beyond its jurisdiction," mandamus relief is appropriate because such an order is void ab initio. *In re Panchakarla*, 602 S.W.3d 536, 539 (Tex. 2020) (orig. proceeding) (per curiam) (quoting *In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 605 (Tex. 2000) (orig. proceeding) (per curiam)); *see In re Nationwide Ins. Co. of Am.*, 494 S.W.3d 708, 712 (Tex. 2016) (orig. proceeding).

The Court, having examined and fully considered the petition for writ of mandamus, the response filed by real party in interest Highway Barricades & Services, LLC, and the applicable law, is of the opinion that relator has not met its burden to obtain relief. Accordingly, we deny the petition for writ of mandamus.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
7th day of May, 2024.

2